IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BARBARA JONES, ERICA JONES, and CHARITY JONES *Plaintiffs*, | § § § § § § § § | C.A. NO.:  3:13-CV-02683 |
| v. | | |
| CELADON TRUCKING SERVICES *Defendants*. | | |

## AGREED STIPULATION OF DISMISSAL

The Parties have entered into a written settlement agreement, by which Plaintiffs have released all claims and causes of action against Defendant.  Based on the foregoing, the Parties, by and through their respective counsel of record, stipulate to the dismissal of this matter with prejudice.  This stipulation and dismissal completely terminates this cause of action against all Parties.  The Parties further agree that each Party will bear its/her own attorney's fees and costs.

Respectfully submitted,

**GAUNTT, KOEN, BINNEY, WOODALL & KIDD, L.L.P.**

*/s/ Robert J. Collins*

**KARL W. KOEN**
State Bar No. 11652275
*Karl.Koen@gkbwklaw.com*

**ROBERT J. COLLINS**
State Bar No. 24031970
*Robert.Collins@gkbwklaw.com*

14643 Dallas Parkway, Suite 500
Dallas, Texas 75254
(972) 630-4620
(972) 630-4669 – Fax

**ATTORNEYS FOR DEFENDANT**


**KASTL LAW, P.C.**

*/s/ Kristina Kastl*

**KRISTINA N. KASTL**
kkastl@kastllaw.com

4144 N. Central Expressway, Suite 640
Dallas, Texas 75204
(214) 821-0230
(214) 821-0231 – Fax

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

  I certify that on January 20, 2016, a copy of the foregoing was forwarded to the following counsel:

Ms. Kristina N. Kastl
Kastl Law, P.C.
4144 N. Central Expressway, Suite 640
Dallas, Texas  75204
*Counsel for Plaintiff*

            */s/ Robert J. Collins*

            **ROBERT J. COLLINS**